# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| | 300 North LaSalle | |
| | Chicago, Illinois 60654 | |
| Andrew B. Bloomer, P.C. | | |
| To Call Writer Directly: | (312) 862-2000 | Facsimile: |
| (312) 862-2482 | | (312) 862-2200 |
| andrew.bloomer@kirkland.com | www.kirkland.com | |

February 1, 2016

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**   ***In re: General Motors LLC Ignition Switch Litigation***;
> ***Armenta v. General Motors Corp., LLC, et al***, 1:16-cv-00028 (JMF);
> ***Barnes, et al. v. General Motors LLC***, 1:16-cv-00399 (JMF);
> ***Bowen, et al. v. General Motors LLC***, 1:15-cv-09873 (JMF);
> ***Cotton, et al. v. General Motors LLC***, 1:15-cv-09873 (JMF);
> ***Hammatt, et al. v. General Motors LLC, et al.***, 1:16-cv-00007 (JMF);
> ***Lucas, et al. v. General Motors LLC***, 1:16-cv-00205 (JMF);
> ***Newell v. General Motors LLC***, 1:16-cv-00222 (JMF);
> ***Parker, et al. v. General Motors LLC***, 1:15-cv-09538 (JMF);
> ***Williams v. General Motors LLC***, 1:16-cv-00394 (JMF)

Dear Judge Furman:

　　　Pursuant to Order No. 69 Paragraph 8 (Docket No. 1162), counsel for General Motors LLC ("GM LLC") hereby certify that on January 29, 2016, GM LLC served a copy of the Order on counsel for plaintiffs in the above-captioned individual actions via email. A copy of the letter sent to plaintiffs' counsel is attached hereto as Exhibit 1.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ Richard C. Godfrey, P.C.
　　　　　　　　　　　　　　/s/ Andrew B. Bloomer, P.C.

　　　　　　　　　　　　　　*Counsel for Defendant General Motors LLC*

Beijing　　Hong Kong　　Houston　　London　　Los Angeles　　Munich　　New York　　Palo Alto　　San Francisco　　Shanghai　　Washington, D.C.